**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**

**BENTON L. HENDERSON** 3:26mj207
_______________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about April 25, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**BENTON L. HENDERSON,**

did unlawfully drive a motor vehicle in a reckless manner with willful or wanton disregard for the safety of persons or property, causing damage to the property of another, in violation of Section 316.192, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

_______________________(for)
JOHN P. HEEKIN
United States Attorney

7/9/2026
DATE

FILED USDC FLND PN
JUL 10 '26 AM7:04